UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BRANDON LAMONT BAILEY, | ) | |
| Petitioner, | ) ) ) | No. 5:22-cv-00152-GFVT-EBA |
| v. | ) ) | |
| JAMES DAVID GREEN, *Warden*, *Eastern Kentucky Correctional Complex*, | ) ) ) | **JUDGMENT** |
| Respondent. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Brandon Lamont Bailey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 **[R. 1]** is **DENIED**. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 22nd day of June 2023.

Gregory F. Van Tatenhove
United States District Judge